# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 896 | **DATE** | 2/14/08 |
| **CASE TITLE** | Martinez v. Delko Construction Company, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 4/15/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|