# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 896 |
|---|---|
| Mario M. Martinez v. Delko Construction Co. and Demetrios L. Kozonis | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Delko Construction Company and Demetrios L. Kozonis

| | |
|---|---|
| NAME (Type or print)  Iain D. Johnston | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Iain D. Johnston | |
| FIRM  Johnston Greene LLC | |
| STREET ADDRESS  542 S. Dearborn Street, Suite 1310 | |
| CITY/STATE/ZIP  Chicago, IL  60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6204667 | TELEPHONE NUMBER  (312) 341-3900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |