**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Mario M. Martinez, | ) | |
| | ) | No. 08 CV 896 |
| Plaintiff, | ) | |
| | ) | Honorable John W. Darrah |
| v. | ) | Judge Presiding |
| | ) | |
| Delko Construction Company and | ) | |
| Demetrios L. Kozonis, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   John E. Untereker
Christopher J. Williams
Working Hands Legal Clinic
77 West Washington Street, Suite 1402
Chicago, Illinois  60602

PLEASE TAKE NOTICE that on June 9, 2008, I filed electronically with the Clerk of the United States District Court For The Northern District of Illinois an **Appearance** on behalf of all Defendants.

Delko Construction Company and
Demetrios L. Kozonis,

By:   s/ Iain D. Johnston

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Filing together with an Appearance were served electronically on John E. Untereker and Christopher J. Williams, Working Hands Legal Clinic, 77 West Washington, Suite 1402, Chicago, IL 60602 on June 9, 2008 via the CM/ECF system.

s/ Iain D. Johnston

Iain D. Johnston
Johnston Greene LLC
542 South Dearborn St., Suite 1310
Chicago, IL  60605
(312) 341-3900