**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Mario M. Martinez, | ) | |
| | ) | No. 08 CV 896 |
| Plaintiff, | ) | |
| | ) | Honorable John W. Darrah |
| v. | ) | Judge Presiding |
| | ) | |
| Delko Construction Company and | ) | |
| Demetrios L. Kozonis, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:　　　John E. Untereker
　　　　　Christopher J. Williams
　　　　　Working Hands Legal Clinic
　　　　　77 West Washington Street, Suite 1402
　　　　　Chicago, Illinois  60602

　　　PLEASE TAKE NOTICE that on July 3, 2008, I filed electronically with the Clerk of the United States District Court for The Northern District of Illinois, an Answer and Affirmative Defenses to Plaintiff's Complaint.

　　　　　　　　　　　　　　　Delko Construction Company and
　　　　　　　　　　　　　　　Demetrios L. Kozonis,

　　　　　　　　　　　　　　　By:　 s/ Iain D. Johnston

### CERTIFICATE OF SERVICE

　　　The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Filing and the Answer and Affirmative Defenses to Plaintiff's Complaint were served electronically on John E. Untereker and Christopher J. Williams, Working Hands Legal Clinic, 77 West Washington, Suite 1402, Chicago, IL 60602 on July 3, 2008 via the CM/ECF system.

　　　　　　　　　　　　　　　　　 s/ Iain D. Johnston

Iain D. Johnston
Johnston Greene LLC
542 South Dearborn St., Suite 1310
Chicago, IL  60605
(312) 341-3900