IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIO MARTINEZ on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 896 |
| v. | ) ) | |
| DELKO CONSTRUCTION COMPANY and DEMETRIOS L. KOZONIS, individually | ) ) ) | Honorable John W. Darrah Judge Presiding |
| Defendants. | ) ) ) | |

## NOTICE OF MOTION

TO:　Iain D. Johnston
　　　Johnston Greene LLC
　　　542 S. Dearborn St. Suite 1310
　　　Chicago, IL 60605

PLEASE TAKE NOTICE that on August 19, 2008 at 9:00 am, we shall appear before Judge Darrah, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Fed.R.Civ. P 12(f) Motion to Strike Defendants' Affirmative Defense**, a copy of which is attached hereto and hereby served upon you.

Dated: July 8, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/John E. Untereker
　　　　　　　　　　　　　　　　　　　　JOHN E. UNTEREKER
　　　　　　　　　　　　　　　　　　　　Working Hands Legal Clinic
　　　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　312/795-9115
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Fed.R.Civ. P 12(f) Motion to Strike Defendants' Affirmative Defense** was served via electronic mail on July 8, 2008 on:

Iain D. Johnston
Johnston Greene LLC
542 South Dearborn St., Suite 1310
Chicago, IL 60605
(312) 341-3900

s/John E. Untereker
John E. Untereker