# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 896 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Mario M. Martinez vs. Delko Construction, Co. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for costs and attorneys' fees [12] is dismissed as moot. Plaintiff's motion to strike defendants' affirmative defense [17] is denied.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|