IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIO M. MARTINEZ, on behalf of himself and other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> DELKO CONSTRUCTION COMPANY and DEMETRIOS L. KOZONIS, individually <br><br> Defendants. | No. 08 CV 896 <br><br> Honorable Judge Darrah <br> Mag. Judge Nolan |

### NOTICE OF FILING

TO:  Iain D. Johnston
Johnston Greene LLC
542 S. Dearborn St. Suite 1310
Chicago, IL 60605

**PLEASE TAKE NOTICE** that on September 10, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's First Amended Complaint**, a copy of which is attached hereto.

Respectfully submitted,

s/ John E. Untereker
JOHN E. UNTEREKER
Working Hands Legal Clinic
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 795-9115

One of the Attorneys for Plaintiffs