# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 896 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Mario M. Martinez vs. Delko Construction Co. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a first amended complaint is granted [21]. Defendant to file responsive pleadings by 9/22/08. Status hearing set for 9/24/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|